

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

January 28, 2020

**BY ECF**

The Honorable George B. Daniels
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

    Re:   *United States v. Librado Ibanez Felix*
           19 Cr. 489 (GBD)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JAN 28 2020

SO ORDERED:

*George B. Daniels*
George B. Daniels, U.S.D.J

Dated: _____

Dear Judge Daniels:

    The parties jointly respectfully request that a plea be scheduled in the above-captioned matter for January 30, 2020 at 10 a.m. The Government further requests that the time between today and January 30, 2020 be excluded pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), to allow the defense time to review discovery and for the parties to engage in discussions regarding a potential pretrial resolution of this matter. The Government respectfully submits that the proposed exclusion would be in the interest of justice. The Government understands that defense counsel consents to this request.

                                    Respectfully submitted,

                                    GEOFFREY S. BERMAN
                                  United States Attorney for
                                  the Southern District of New York

                  By:   *Elinor L. Tarlow*

                                  Elinor L. Tarlow
                                  Assistant United States Attorney
                                  (212) 637-1036

cc: Mark Gombiner, Esq. (via ECF)