**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------- x

UNITED STATES,

                      Plaintiff,

    -against-

LIBRADO IBANEZ FELIX,

                      Defendant.

------------------------------------- x

ORDER

19 Crim. 489 (GBD)

GEORGE B. DANIELS, United States District Judge:

The April 30, 2020 sentencing is adjourned to May 28, 2020 at 10:00 a.m.

Dated: New York, New York
      February 24, 2020

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge