UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------x

UNITED STATES OF AMERICA,

                      Plaintiff,

  -against-

LIBRADO IBANEZ FELIX,

                      Defendant.

------------------------------------------------x

ORDER

19 Crim. 489 (GBD)

GEORGE B. DANIELS, District Judge:

    The May 28, 2020 sentencing is adjourned to July 16, 2020 at 10:00 a.m.

Dated: May 21, 2020
       New York, New York

SO ORDERED.

_____
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE