UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA

-against-

LIBRADO IBANEZ FELIX,

                      Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

ORDER

19 Crim. 489 (GBD)

GEORGE B. DANIELS, District Judge:

      The July 16, 2020 sentencing is adjourned to October 22, 2020 at 10:00 a.m.

Dated: June 30, 2020
       New York, New York

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE